UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CREE, INC., et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>JK BOONTON SUPPLY, LLC, et al.,<br><br>    Defendants. | Case No.: CV 16-1282 DMG (ASx)<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANT YONG JIN ZHENG, AN INDIVIDUAL, AND DISMISSAL, WITH PREJUDICE [36]** |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction and Dismissal, between Plaintiff Cree, Inc. ("Plaintiff"), on the one hand, and Defendant Yong Jin Zheng ("Defendant"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendant as follows:

    **1.**     **PERMANENT INJUNCTION.** Defendant and any person or entity acting in concert with, or at his direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which he may exercise control, is hereby restrained and enjoined, pursuant to 15 United States Code ("U.S.C.") §1116(a), from engaging in, directly or

indirectly, or authorizing or assisting any third party to engage in, any of the following activities:

    (i) copying, manufacturing, importing, exporting, purchasing, marketing, advertising, offering for sale, selling, receiving, storing, fulfilling, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's intellectual properties, including but not limited to, the **CREE**® word and design trademarks (Reg. Nos. 2,440,530; 2,452,761; 3,935,628; 3,935,629; 3,938,970; 4,026,756; 3,935,630; 3,935,631; 3,938,971; 2,922,689; 3,998,141; 3,998,142; 4,233,855; 4,234,124; 4,641,937; 4,597,310; 4,597,311; 4,767,107; 4,771,402; 4,787,288), **CREE LEDS**® word and design trademarks (Reg. Nos. 3,360,315; 4,558,924), **CREE LED LIGHT**® word and design trademarks (Reg. No. 3,327,299), **CREE LED LIGHTING**® word and design trademarks (Reg. Nos. 3,891,756; 3,891,765), **CREE LED LIGHTING SOLUTIONS**® word and design trademarks (Reg. No. 3,526,887), **CREE TRUEWHITE**® word and design trademarks (Reg. Nos. 4,029,469; 4,091,530), and **CREE TRUEWHITE TECHNOLOGY**® word and design trademarks (Reg. Nos. 4,286,398; 4,099,381) affixed to Plaintiff's Complaint for Damages and Declaratory Relief as **Exhibits "A" - "DD"** (ECF Dkt. 1, ¶20, Pages 5-10) (collectively, "Plaintiff's Intellectual Properties");

    (ii) using, advertising or displaying Plaintiff's Intellectual Properties to suggest that non-genuine LED lighting products, including but not limited to consumer portable lighting products such as flashlights, being advertised are manufactured, sponsored or endorsed by Plaintiff; and/or

    (iii) owning or controlling any Internet domain name or website that uses any of Plaintiff's Intellectual Properties.

    **2.** This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

**3.** The Court finds there is no just reason for delay in entering this Permanent Injunction against Defendant, and the Court directs immediate entry of this Permanent Injunction against Defendant.

**4. NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction against Defendant, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction by Defendant.

**5. NO FEES AND COSTS.** Plaintiff and Defendant shall bear their own attorneys' fees and costs incurred in this matter.

**6. DISMISSAL**. Upon entry of this Permanent Injunction against Defendant, Defendant shall be dismissed from the action, with prejudice.

IT IS SO ORDERED, ADJUDICATED and DECREED this 30th day of November, 2016.

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE